IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Carrie A. Hagemann,<br>　　　Plaintiff,<br><br>　　v.<br><br>Robert F. Kennedy, Jr,<br>Secretary of the<br>United States Department of Health and Human Services,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Petition Seeking Writ of Mandamus**

Introductory Statement:

1. Carrie Hagemann filed complaint as a result of a civil rights violation against her with the United States Department of Health and Human Services Office for Civil Rights Receipt number: 26600665 on or about February 22, 2022.

2. The complaint involved action by a hospital in Shawnee County, Kansas.

3. Hagemann never received a response to her complaint.

4. The Agency apparently dismissed the complaint without an investigation or contacting Hagemann directly.

Parties:

5. Carrie A. Hagemann is an individual residing and domiciled in Topeka, Shawnee County, Kansas.

6. Robert F. Kennedy, Jr, is the Secretary of the United States Department of Health and Human Services.

Jurisdiction:

7. District courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.  28 U.S.C.§1361.

8. 28 U.S.C. §1361 gives this court jurisdiction to compel an officer or employee of the United States or any agency thereof to perform a duty owed to Hagemann.

Venue

9. The court site is proper. 28 U.S.C. §1391.

Facts supporting request for a writ of mandamus:

10. Hagemann alleged a violation of her civil rights by a hospital in Topeka, Shawnee County, Kansas on or about November 11, 2021.

11. Hagemann filed a civil rights complaint with the Agency on or about February 22, 2022. Her attorney was Ashley Morgan, as associate attorney with BurnettDriskill, Attorneys.

12. Morgan left the law office in March 2022.

13. By letter dated April 3, 2023, the Agency sent a letter addressed to Hagemann by email to *amorgan@burnettdriskill.com.*

2

14. Hagemann never received the letter.

15. No attorney in this office was advised of any email referenced above.

16. On May 1, 2023, I received an email from Sarah Martinez, Investigator asking questions with a "10 day" time limit to respond. I was not able to respond with the requested information in 10 days. When I did respond within 15 days, Martinez advised the complaint was dismissed.

17. Hagemann and this office have never received a written dismissal of the civil rights complaint.

18. By letter dated August 18, 2023. I asked the Agency to reopen the apparently dismissed civil rights complaint, advising the Agency that Hagemann is entitled to a waiver of the timeliness of the action under Section 107 in that the unique circumstances generated by OCR's actions have adversely affected Hagemann.

19. As of today the Agency has never investigated the complaint or responded to requests on behalf of Hagemann.

20. The Agency has a duty to properly investigate civil rights complaints alleging violation of civil rights. A ten-day time limit by email is not an investigation.

21. Before filing this action, I have contacted the Agency on more than one occasion asking for the proper person to investigate the matter and respond to Hageman or myself. Hageman and I have not received any response from the Agency to our inquiries.

3

22. Hagemann has no adequate remedy at law.

23. Hagemann is entitled to a proper investigation of her civil rights complaint.

24. Hagemann's request is clear and indisputable.

25. Hagemann asks that the Agency be compelled to investigate the civil rights complaint.

Relief requested:

26. The Court issue a Writ of Mandamus directing and ordering the Secretary to reopen the dismissed civil rights complaint and properly investigate the civil rights complaint of Hagemann and

27. Order the Agency to be liable for costs and attorney fees.

                          s/ Roger M. Driskill
                          Roger M. Driskill
                          Kansas federal district court: 70782
                          BurnettDriskill, Attorneys
                          103 West 26th Avenue, # 290
                          North Kansas City, Missouri 64116
                          Telephone:    816 883 4139
                          Facsimile:     816 792 3634
                          Email;         *rmdriskill@burnettdriskill.com*
                          Attorney for Hagemann